IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

**v.**         Case No. 07-20018-07-JWL

**Aaron Jackson,**

      **Defendant.**

## MEMORANDUM & ORDER

This matter is presently before the court on Aaron Jackson's pro se motion for appointment of counsel (doc. 426) for the purpose of filing a motion for sentence reduction under Amendment 782. Because Mr. Jackson is presently represented by the Federal Public Defender's office for the purpose of assessing Mr. Jackson's eligibility for relief under Amendment 782, and because Mr. Jackson does not indicate any dissatisfaction with that representation, the motion is denied as moot.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Jackson's motion for appointment of counsel (doc. 426) is **denied as moot**.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2015, at Kansas City, Kansas.

                                            s/ John W. Lungstrum  
                                            John W. Lungstrum  
                                            United States District Judge