# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

**v.**                                                                    **Case No. 07-20018-07-JWL**

**Aaron Jackson,**

      **Defendant.**

## MEMORANDUM & ORDER

In November 2015, defendant Aaron Jackson filed a motion to reduce his sentence under Amendment 782. The court held that it had no jurisdiction to reduce Mr. Jackson's sentence because Mr. Jackson remained subject to a 10-year mandatory minimum sentence regardless of the application of Amendment 782. *See United States v. Woods*, 598 Fed. Appx. 567, 568-69 (10th Cir. 2015) (regardless of amendment's effect on underlying offense level, defendant is not eligible for a reduction under amendment beyond mandatory minimum absent statutory authority). Nearly six months later, Mr. Jackson has now filed a "renewed" motion for a sentence reduction in which he asks the court "to determine if any new minimum statutory sentence would allow for the two-point reduction" under Amendment 782. Mr. Jackson remains subject to a 10-year mandatory minimum sentence and, accordingly, the court is not authorized to reduce his sentence. *See* 21 U.S.C. § 841(b)(1)(A). For the reasons more fully explained in the court's January 20, 2016 memorandum and order, Mr. Jackson's motion is dismissed.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Jackson's renewed motion to reduce sentence (doc. 432) is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2016, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
